ACCEPTED
15-25-00165-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/31/2025 2:15 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00165-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/31/2025 2:15:45 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

**Tap Rock Operating, LLC,**

*Appellant,*

**v.**

**Texas Fabco Solutions, Inc.,**

*Appellee.*

On Appeal from the 424th District Court, Blanco County, Texas
Trial Court Cause No. CV09710
Hon. Evan Stubbs, Presiding

**NOTICE OF APPEARANCE OF APPELLATE COUNSEL AND
NOTICE OF DESIGNATION OF LEAD COUNSEL FOR
APPELLANT TAP ROCK OPERATING, LLC**

TO THE HONORABLE COURT OF APPEALS:

Appellant Tap Rock Operating, LLC files its Notice of Appearance of Counsel and Notice of Designation of Lead Counsel, pursuant to Texas Rules of Appellate Procedure 6.1 and 6.2. Appellant informs the Honorable Court and counsel for all parties that the following counsel is entering an appearance as appellate counsel as follows, with Jessica Z. Barger to be designated as lead counsel:

Jessica Z. Barger
State Bar No. 24032706
Heidi J. Gumienny
State Bar No. 24036696
barger@wrightclosebarger.com
gumienny@wrightclosebarger.com
WRIGHT CLOSE BARGER & GUZMAN, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 (Phone)
(713) 572-4320 (Facsimile)

Appellant request that the Court direct its clerk to note this appearance in the records it maintains with respect to this case.

Respectfully submitted,

*/s/ Heidi J. Gumienny*
Jessica Z. Barger
State Bar No. 24032706
Heidi J. Gumienny
State Bar No. 24036696
WRIGHT CLOSE BARGER & GUZMAN, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 (Phone)
(713) 572-4320 (Facsimile)
barger@wrightclosebarger.com
gumienny@wrightclosebarger.com

and

M. Matt Jett
State Bar No. 24068684
Tim Redden, Jr.
State Bar No. 24099654
HALL MAINES LUGRIN, PC

2800 Post Oak Blvd., Suite 6400
Houston, Texas 77056
(713) 871-9000 (Phone)
(713) 871-8962 (Facsimile)
mjett@hallmaineslugrin.com
tredden@hallmaineslugrin.com

**COUNSEL FOR APPELLANT
TAP ROCK OPERATING, LLC**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on all counsel of record electronically through the electronic filing manager (www.efiletexas.gov) on this 31st day of October, 2025.

*/s/ Heidi J. Gumienny*
Heidi J. Gumienny

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Dionne Gladney on behalf of Heidi Jean Gumienny
Bar No. 24036696
gladney@wrightclosebarger.com
Envelope ID: 107538311
Filing Code Description: Other Document
Filing Description: 251031 Notice of Appearance of Appellate Counsel and Notice of Designation of Lead Counsel for Appellant Tap Rock Operating, LLC
Status as of 10/31/2025 2:25 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Larry D.Warren | | lwarren@namanhowell.com | 10/31/2025 2:15:45 PM | NOT SENT |
| Tim Redden, Jr. | | tredden@hallmaineslugrin.com | 10/31/2025 2:15:45 PM | NOT SENT |
| Matt Jett | | mjett@hallmaineslugrin.com | 10/31/2025 2:15:45 PM | NOT SENT |
| Heidi J.Gumienny | | gumienny@wrightclosebarger.com | 10/31/2025 2:15:45 PM | NOT SENT |
| Jessica Z.Barger | | barger@wrightclosebarger.com | 10/31/2025 2:15:45 PM | NOT SENT |